AMERICAN ASS'N OF UNIVERSITY WO-
MEN et al. v. WASHINGTON BRANCH
OF AMERICAN ASS'N OF UNIVERSITY
WOMEN.

LYONS et al. v. WASHINGTON BRANCH
OF AMERICAN ASS'N OF UNIVERSI-
TY WOMEN et al.

Nos. 10016, 10017.

United States Court of Appeals
District of Columbia Circuit.

Argued May 10, 1949.

Decided June 13, 1949.

Mr. Charles A. Horsky, Washington, D.
C., with whom Messrs. John Lord O'Brian,
and Wilbur R. Lester, Washington, D. C.,
were on the brief, for appellants American
Ass'n of University Women and others.

Mr. Warner W. Gardner, Washington,
D. C., for appellants Washington Branch
of American Ass'n of University Women.

Mr. John Alvin Croghan, Washington,
D. C., for appellees.

Before CLARK, WILBUR K. MILLER
and PRETTYMAN, Circuit Judges.

CLARK, Circuit Judge.

We find no error in the record.
We therefore adopt the opinion of Chief
Judge Laws, reported in D.C., 79 F.Supp.
88, as the opinion of this court with some
slight additions. Chief Judge Laws' ad-
mirable opinion is chiefly concerned with
the corporation laws of Massachusetts,
and with the question of the difference be-
tween general "eligibility" as defined in
the national by-laws and actual branch

membership which may depend upon the action of the local branch. We agree fully with Chief Judge Laws' position. But we think it desirable to add that there is another very important provision to be considered. That is, that on the undisputed record the national by-laws contain provisions for not only branch memberships but for national memberships not dependent on any branch. Nor is it necessary for branch members to have national membership or vice versa. We do not believe that the appellants have made any showing either on the ground covered by Judge Laws or on the additional ground here suggested.

The consolidated judgment is therefore Affirmed.